# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

VICTOR MILLER,
  Plaintiff,

v.

CHUCK GRAY, in his official capacity
as Wyoming Secretary of State,
  Defendant.

Civil Action No. 2:26-CV-172-ABJ

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION

This matter came before the Court on Plaintiff Victor Miller's Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion"). The Court, having considered the Motion, the Verified Complaint, the Memorandum and Declaration in support, and the entire record herein, and finding good cause therefor, HEREBY ORDERS as follows:

1. Plaintiff's Motion is GRANTED.

2. The Court FINDS that Plaintiff has demonstrated a likelihood of success on the merits of his claims that Defendant's rejection of Plaintiff's candidate application violates W.S. § 22-6-111, the First and Fourteenth Amendments to the United States Constitution, and Article 1, Sections 3, 6, 7, 20, 27, and 34 of the Wyoming Constitution.

3. The Court FINDS that Plaintiff will suffer irreparable injury — exclusion from the 2026 Wyoming Republican primary ballot for United States Senator — absent immediate injunctive relief.

4. The Court FINDS that the balance of equities tips in Plaintiff's favor and that the requested injunction serves the public interest.

5. Defendant Chuck Gray, in his official capacity as Wyoming Secretary of State, his officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, are hereby ENJOINED from rejecting Plaintiff's application to appear on the 2026 Wyoming Republican primary ballot for United States Senator on the basis of Plaintiff's use of "Victor" as the name to appear on the ballot.

6. Defendant SHALL accept Plaintiff's candidate filing as timely submitted and SHALL place "Victor" on the 2026 Wyoming Republican primary ballot for United States Senator.

7. The Court WAIVES the security requirement of Federal Rule of Civil Procedure 65(c) in light of the public-interest nature of this action and the absence of demonstrable monetary harm to Defendant.

8. A hearing on Plaintiff's request to convert this Temporary Restraining Order into a Preliminary Injunction shall be held on _____, 2026, at __:__ __.M.

9. This Order shall remain in effect until the hearing referenced above, or further Order of the Court.

IT IS SO ORDERED.


DATED: _____, 2026



UNITED STATES DISTRICT JUDGE